# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| THIS DOCUMENT RELATES TO:<br><br>LOIS T. FRISBY, CASE NO. 06C6176;<br><br>CHARLES R. FOX, CASE NO. 06C6177;<br><br>NORMAN R. MALONE, CASE NO. 06C6179;<br><br>MATTIE TRIPP AND IRA R. TRIPP, HER HUSBAND, CASE NO. 06C6187;<br><br>ELMER SEVERSON, CASE NO. 06C6189;<br><br>ANNE S. BYRD, DECEASED, BY JERRY W. BYRD, JR., MISTIANNE D. JACOBS, AND SHARONA C. STOKES, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANNE S. BYRD, CASE NO. 06C6191;<br><br>JILL S. FIELDS AND THOMAS V. STREETER, CASE NO. 06C6192; AND<br><br>TONY L. CONSTANT, CASE NO. 06C6193. | ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFFS |

This matter comes before the Court on Plaintiffs' Motion for Substitution of Counsel. Having considered the Motion and the pleadings in this matter, the Court finds that good cause is shown for the requested substitution of counsel for Plaintiffs Lois T. Frisby, Charles R. Fox, Norman R. Malone, Mattie Tripp and Ira R. Tripp, her husband, Elmer Severson, Anne S. Byrd, Deceased, by Jerry W. Byrd, Jr., Mistianne D. Jacobs, and Sharona C. Stokes, Individually and

on Behalf of the Estate of Anne S. Byrd, Jill S. Fields, Thomas V. Streeter, and Tony L. Constant.

It is, therefore, ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Substitution of Counsel is hereby GRANTED. Amy M. Carter of Williams, Kherkher, Hart, Boundas, L.L.P. is hereby substituted for Avram Blair as attorney for record for Plaintiffs Lois T. Frisby, Charles R. Fox, Norman R. Malone, Mattie Tripp and Ira R. Tripp, her husband, Elmer Severson, Anne S. Byrd, Deceased, by Jerry W. Byrd, Jr., Mistianne D. Jacobs, and Sharona C. Stokes, Individually and on Behalf of the Estate of Anne S. Byrd, Jill S. Fields, Thomas V. Streeter, and Tony L. Constant.

SIGNED AND ENTERED on this __29__ day of __August__, 2007.

Charles R. Breyer
United States District Judge